UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED

MAY 25 2016

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **4:16CR00214 HEA/DDN** |
| v. ) | |
| ) | |
| ANTONIO LUTHER HARRIS, ) | |
| a/k/a "LA4S", ) | |
| ) | |
| Defendant. | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about April 24, 2016, in the City of Saint Louis, within the Eastern District of Missouri,

**ANTONIO LUTHER HARRIS, a/k/a "LA4S",**

the defendant herein, who was then under indictment for a crime punishable by imprisonment for a term exceeding one year, to wit: (1) stealing a motor vehicle and (2) resisting interfering with lawful stop/detention in Circuit Court of Saint Louis County, Missouri Case Number 14SL-CR09674, did willfully receive a firearm, that is, a Glock, Inc. make, model 22 .40 caliber semi-automatic pistol bearing serial number AARN459, said firearm having been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(n) and 924(a)(1)(D).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
THOMAS REA, #53245MO
Assistant United States Attorney